IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>ELIZABETH VEGA RAMOS &<br>MARTIN RODRIGUEZ COLON<br>PO Box 4956, Caguas 00726-4956<br>SSN #8084 / #1157<br><br>  Debtor in Possession | CASE #17-03725 EAG<br><br>CHAPTER 11 |

APPLICATION FOR EMPLOYMENT OF APPRAISER

TO THE HONORABLE COURT:

Comes Now Elizabeth Vega Ramos & Martin Rodriguez Colon, Debtor in Possession herein, through the undersigned counsel, who respectfully prays as follows:

1. D.I.P. filed their petition under Chapter 11 of the Bankruptcy Code on **May 27, 2017**.

2. Section 327(a) of the Bankruptcy Code provides as follows:

§327 Employment of Professional Persons

(a) Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

3. The debtor needs to retain the professional services of Ed Daniel Rivera Castillo as their appraiser.

4. Ed Daniel Rivera Castillo offices are located at #320 Calle Rodrigo de Triana, Urb Roosevelt, Hato Rey, San Juan 00918. My postal address is PO Box 191545, Hato Rey Station, San Juan 00919. My telephone number is 787-362-0590.

5. To the best of my knowledge and belief, Ed Daniel Rivera Castillo is a

1

"disinterested person", as said term is defined in 11 USC 101 (14), which definition is incorporated herein by reference; does not represent any creditor in this case or any interested party herein, nor any one acting on their behalf, whose interest may be adverse to debtor's estate; he has no connection with debtor, nor with its attorneys, nor with the US Trustee, or any person employed in any capacity with the office of the US Trustee in any office in or outside the continental United States, and furthermore, represents no adverse interest to the estate herein. Moreover, he has not acted as an investment banker or represented an investment banker with respect to the sale of security of the debtor or under any other circumstances.

      6.      In compliance with 11 USC §327 and §504 of the Bankruptcy Code, a certificate executed by Ed Daniel Rivera Castillo, is attached to this application, along with his curriculum vitae as required by LBR 2014-1.

      7.      If the appointment of Ed Daniel Rivera Castillo is approved by this Honorable Court, the cost of an appraisal of debtor's real property will be paid at $300 for the one-time appraisal and if he is required as a witness in these proceedings he will charge $300 regardless of the hours in court for one day.

WHEREBY, based on the foregoing, debtor respectfully requests that it be granted leave to retain the professional services of Ed Daniel Rivera Castillo.

NOTICE TO CREDITORS & PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought in the attached documents, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the

opinion of the Court, the interest of justice requires otherwise,

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to participants of CmEcf:

JOSE F CARDONA JIMENEZ for SCOTIABANK DE PUERTO RICO jf@cardonalaw.com

GUSTAVO A CHICO BARRIS for MMM HEALTHCARE INC. & PMC MEDICARE CHOICE INC gchico@ferraiuoli.com edocketslit@ferraiuoli.com ; hruiz@ferraiuoli.com ; gchico@ecf.courtdrive.com

SONIA COLON COLON for MMM HEALTHCARE INC. & PMC MEDICARE CHOICE INC. scolon@ferraiuoli.com , edocketslit@ferraiuoli.com ; scolon@ecf.courtdrive.com

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

NICOLE STOWELL for FIRSTBANK PUERTO RICO

nstowell@lvvlaw.com , dgutierrez@lvvlaw.com ; smartin@lvvlaw.com

US TRUSTEE ustpregion21.hr.ecf@usdoj.gov

In Caguas, Puerto Rico, this November 6, 2017

s/L A Morales
LYSSETTE A MORALES VIDAL
L.A. MORALES & ASSOCIATES P.S.C.
76 AQUAMARINA
CAGUAS PUERTO RICO 00725-1908
TEL 787-746-2434 / 787-258-2658
Fax 1-855-298-2515
Email lamoraleslawoffice@gmail.com &

3