# ED DANIEL RIVERA CASTILLO

(787) 362-0590 / eddanielrivera@gmail.com / tasadorrivera@gmail.com

## ACHIEVEMENTS

- Member of the Puerto Rico Institute of Appraisers – MIE #463 — 2017
- Second Year Director of Appraisal Institute Puerto Rico and Caribbean Chapter — 2017
- Real Estate Property Manager Certification — 2016
- First Year Director of Appraisal Institute Puerto Rico and Caribbean Chapter — 2016
- Puerto Rico State Licensed Real Estate Appraiser 1350 EPA — 2014
- First winner of Brendaliz Robles Appraisal Scholarship — 2012

## ASOCIATIONS

- Practicing Affiliate of the Appraisal Institute
- Member of the Puerto Rico Institute of Appraisers – MIE #463
- Member of the Real Estate Lessor Association

## PROFESSIONAL EXPERIENCE

**Independent Fee Appraiser**                                2014 – Present
*Review and Appraise:*
- Residential, Commercial, Industrial, Lands, Special Properties, within others.

**José M. Quijano & Assoc., San Juan, PR**                   2010 - 2013
*Assistant Appraiser*

## EXPERT WITNESS

- Federal Court
- San Juan Court

## EDUCATION

**Appraisal Education**
- University of Puerto Rico, Rio Piedras Campus
- Puerto Rico Institute of Appraisers
- Appraisal Institute

**University of Puerto Rico, Humacao**
Business Administration Faculty
BBA Management

## COURSES & SEMINARS

| | |
|---|---|
| Appraiser as Expert Witness in Judicial Process, IEPR | 2017 |
| Review Theory – General, AI | 2017 |
| Residential Sales Comparison and Income Approach, AI | 2017 |
| How to Appraise Investment Properties, IEPR | 2017 |
| Residential Report Writing and Case Studies, AI | 2016 |
| Discrimination and Rental Housing Administration, AABI | 2016 |
| Evictions, AABI | 2016 |
| Leasing Contracts and Subsidized Rentals, AABI | 2016 |
| Staging and Short Term Rentals, AABI | 2016 |
| Tenant Qualification and Leases Insurances, AABI | 2016 |
| Leasing Laws, AABI | 2016 |
| Residential Site Valuation and Cost Approach, AI | 2016 |
| Residential Market Analysis and Highest & Best Use, AI | 2016 |
| USPAP 7 hours Update (2016 – 2017), AI | 2016 |
| Business Practices and Ethics, AI | 2015 |
| Subdivision Valuation, AI | 2015 |
| Case Studies in Appraising Green Residential Buildings, AI | 2015 |
| Case Studies in Appraising Green Commercial Buildings, AI | 2015 |
| Residential & Commercial Valuation of Solar, AI | 2015 |
| Qualitative Analysis in the Sales Comparison Approach, AI | 2015 |
| Accurate Sketching Made Easy, ALM | 2015 |
| Introduction to Green Buildings: Principles and Concepts, AI | 2015 |
| Laws and Regulations (7 hours), IEPR | 2014 |
| Fundamentals of Going Concerns, AI | 2014 |
| General Income Approach 1 & 2, IAAO | 2014 |
| National USPAP, 15hrs. (2014-2015), AI | 2014 |
| General Income Approach 1 & 2, AI | 2013 – 2014 |
| Eminent Domain, IEPR | 2013 |
| General Sales Comparison Approach, IEPR | 2013 |
| Property Rights, IEPR | 2013 |
| General Report Writing and Case Studies, IEPR | 2013 |
| General Site Valuation and Cost Approach, IEPR | 2013 |
| Laws and Regulations, IEPR | 2013 |
| National USPAP, 15hrs. (2012-2013), IEPR | 2013 |
| General Market Analysis and Highest and Best Use, IEPR | 2012 |
| Statistics, Modeling & Finance, IEPR | 2012 |
| General Site Valuation and Cost Approach, IEPR | 2012 |
| Basic Appraisal Procedures, IEPR | 2011 |
| Basic Appraisal Principles, IEPR | 2010 |

*Legend:*
- *AABI = "Asociación de Arrendadores de Bienes Inmuebles"*
- *IEPR = "Instituto de Evaluadores de Puerto Rico"*
- *AI = Appraisal Institute*
- *IAAO = International Association of Assessing Officers*
- *ALM = A La Mode*

**REFERENCES AVAILABLE UPON REQUEST**