# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 17-03725-EAG 11 |
| ELIZABETH VEGA RAMOS | |
| MARTIN RODRÍGUEZ COLÓN | CHAPTER 11 |
| Debtor(s) | |

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

TO THE HONORABLE COURT:

COMES NOW, Attorney Fransheska Pabón López, and in accordance with the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, appears herein as attorney for creditor FirstBank Puerto Rico.

Therefore, it is respectfully requested, to be included in its Master Address List and that all notices and documents filed in this case be notified to the undersigned.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 10th day of November, 2017.

I HEREBY CERTIFY that this document has been electronically filed with the Clerk of the Bankruptcy Court using the CM-ECF system, which will send notice to all participants and US Trustee.

**LEDESMA & VARGAS, LLC.**
Counsel for FirstBank
P.O. Box 194089
San Juan, PR 00919
Tel: (787) 296-9500

*s/Fransheska Pabón López*
Fransheska Pabón López
USDC No. 229104
fpabon@lvvlaw.com