# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**ELIZABETH VEGA RAMOS**
**MARTIN RODRIGUEZ COLON**

xxx–xx–**8084**
xxx–xx–**1157**

Debtor(s)

Case No. **17–03725 EAG**

Chapter **11**

**FILED & ENTERED ON 12/6/17**

### *ORDER*

The court having considered the application of the Debtor to employ Ed Danial Rivera Castillo and declaration in support thereof, and it appearing that Ed Danial Rivera Castillo is a disinterested person and that the employment of said appraiser is in the best interest of this estate, it is hereby

ORDERED that the Debtor herein is authorized to employ Ed Danial Rivera Castillo as appraiser, with compensation to be paid in such amounts as may be allowed by the Court upon proper application and notice thereof.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, December 6, 2017 .

Edward A. Godoy
United States Bankruptcy Judge