IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ELIZABETH VEGA RAMOS

MARTIN RODRIGUEZ COLON

XXX-XX-8084

XXX-XX-1157

Debtor(s)

CASE NO. 17-03725 EAG

Chapter 11

**FILED & ENTERED ON 5/11/2018**

## ORDER

The second motion filed by the debtors in possession requesting extension of time to file the disclosure statement and plan and to file outstanding monthly operating reports (docket #81) is hereby granted.

IT IS SO ORDERED.

Ponce, Puerto Rico, this 11 day of May, 2018.

*Edward A. Godoy*

Edward A Godoy
U.S. Bankruptcy Judge

CC: DEBTOR(S)
LYSSETTE A MORALES VIDAL