# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ELIZABETH VEGA RAMOS &<br>MARTIN RODRIGUEZ COLON<br>Monticielo, F10 Calle 6, Caguas 00725<br>SSN #xxx-xx-8084/xxx-xx-1157<br>       Debtor(s) | CASE NUMBER: 17-03725 EAG<br><br>CHAPTER 11 |

### D.I.P. OBJECTION TO HACIENDA FLORIDA CLAIM #10

TO THE HONORABLE COURT:

    NOW COME the above named debtors, through the undersigned attorney and respectfully pray as follows:

    1. Debtors herewith object the claim filed by Hacienda Florida 830 Magnolia at claim #10 in the unsecured amount of $6,000,000.

    2. The claimant is not known by debtor and as such no monies are owed thereto.

    3. Debtor denies any debt owed to this claimant or to the claimant that is purported in the attachment.

    4. The amounts that have been claimed in the defective claim appear to be unliquidated and contingent and have not been determined by a competent court of law.

    4. The supporting attachment is in the Spanish language and has not been translated by a certified translator. The attachment relates to another person and not the claimant that has filed the claim.

    5. The purported supporting document in the Spanish language does not support any amount close to that which the purported supporting document discloses.

    6. Any amounts that may be owed to the true claimant is untimely, notwithstanding debtors' denial of owing any such monies.

    **WHEREFORE,** debtors respectfully request that the Court disallow the claim upon notice herein given and opportunity for a hearing if an response is filed by Hacienda Florida 830 Magnolia.

        Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if your were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: I hereby certify that on June 16, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties and I hereby certify that I have mailed by United States Postal Service the document to: Hacienda Florida 830 Magnolia, c/o Wanda I Marin Lugo, Esq. Hacienda Florida, 830 Magnolia, Yauco 00698

Dated: June 16, 2018.

    Respectfully Submitted,
    */s/ L. A. Morales*
    LYSSETTE A MORALES VIDAL.
    USDC PR #120011
    L. A. MORALES & ASSOCIATES P.S.C.
    VILLA BLANCA
    76 AQUAMARINA
    CAGUAS , PUERTO RICO 00725-1908
    TEL 787-746-2434 /258-2658
    FAX 1-855-298-2515
    E-MAIL: lamoraleslawoffice@gmail.com
    irma.lamorales@gmail.com