UNITED STATES BANKRUPTCY COURT
ALL DISTRICT OF PUERTO RICO

IN RE: ELIZABETH VEGA RAMOS I
MARTIN RODRIGUEZ COLON

CASE NO: 17-03725 EAG

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 6/18/2018, I did cause a copy of the following documents, described below,

D.I.P. Objection to Hacienda Florida Claim #10

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/18/2018

/s/ Lyssette A Morales Vidal
Lyssette A Morales Vidal 120011

L.A. MORALES & ASSOCIATES P.S.C.
76 AQUAMARINA
Caguas, PR 00725-1908
787 746 2434

UNITED STATES BANKRUPTCY COURT
ALL DISTRICT OF PUERTO RICO

IN RE:  ELIZABETH  VEGA RAMOS I
       MARTIN  RODRIGUEZ COLON

CASE NO: 17-03725 EAG

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 6/18/2018, a copy of the following documents, described below,

D.I.P. Objection to Hacienda Florida Claim #10

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/18/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lyssette A Morales Vidal
L.A. MORALES & ASSOCIATES P.S.C.
76 AQUAMARINA
Caguas, PR  00725-1908

PARTIES WITH AN 'X' EXCEPT AG WERE HELD VIA REGULAR FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ELIZABETH VEGA RAMOS I<br>PO BOX 4956<br>CAGUAS PR 00726-4956 | LYSSETTE A MORALES VIDAL<br>LA MORALES ASSOCIATES PSC URB<br>VILLA BLANCA 76 AQUAMARINA<br>CAGUAS PR 00725-1908 | KATHERINE PEREZ BURGOS MD<br>CO WANDA J MARIN LUGO ESQ<br>1225 MUNOZ RIVERA AVE<br>PONCE PR 00717-0635 |