IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| ELIZABETH VEGA RAMOS | CASE NO. 17-03725 EAG |
| MARTIN RODRIGUEZ COLON | Chapter 11 |
| XXX-XX-8084 | |
| XXX-XX-1157 | |
| | **FILED & ENTERED ON 7/6/18** |
| Debtor(s) | |

ORDER

The Debtors' to claim #8 (docket #96) is hereby granted, upon the response filed by claimant, Puerto Rico Electric Power Authority (docket #104).

IT IS SO ORDERED.

Ponce, Puerto Rico, this 06 day of July, 2018.

*[signature]*

Edward A Godoy
U.S. Bankruptcy Judge

CC: DEBTOR(S)
LYSSETTE A MORALES VIDAL